```
QUIN DENVIR, Bar #49374
Federal Defender
CARO MARKS, Bar #159267
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700          OK/HAV

Attorney for Defendant
MICHAEL CARR
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>            Plaintiff,  )<br>  )<br>     v.  )<br>  )<br>MICHAEL CARR,  )<br>  )<br>            Defendant.  )<br>_____ ) | NO. CR-S-03-340-DFL<br><br>STIPULATION AND ORDER TO CONTINUE<br>EVIDENTIARY HEARING<br><br>Date:  September 22, 2005<br>Time:  1:30 p.m.<br>Judge: Honorable David F. Levi |

**IT IS HEREBY STIPULATED** and agreed to between the Defendant, Michael Carr, by and through his undersigned counsel, Assistant Federal Defender Caro Marks, and the United States of America, by and through its undersigned counsel, Kymberly Smith, Assistant United States Attorney, that the previously scheduled evidentiary hearing date of July 14, 2005 be vacated and the matter set for a new evidentiary hearing on September 22, 2005, at 1:30 p.m..

The reason for this continuance is that Michael Carr was recently taken into custody in Yolo County on an unrelated matter and will not be available for 30 days. Moreover, the parties have recently uncovered new evidence regarding the three confidential informants, and the defense intends to file new motions forthwith with regard to that information.

Time under the Speedy Trial Act has already been excluded for

ongoing preparation of counsel and for pending motions, and the parties agree that time under the Speedy Trial Act should continue to be excluded from the date of the signing of this order through and including September 22, 2005 pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv), and (h)(1)(F) for these reasons. Additionally, the Court may also exclude time pursuant to §3161(h)(3)(A), for unavailability of the defendant.

Dated: July 13, 2005

                                      Respectfully submitted,

                                      QUIN DENVIR
                                      Federal Defender

                                      /s/ Caro Marks
                                      _____
                                      CARO MARKS
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      MICHAEL CARR

Dated: July 13, 2005

                                      MCGREGOR W. SCOTT
                                      United States Attorney

                                      /s/ Kymberly A. Smith
                                      _____
                                      KYMBERLY A. SMITH
                                      Assistant U.S. Attorney

**ORDER**

GOOD CAUSE APPEARING THEREFORE, it is hereby ordered that time under the Speedy Trial Act should be excluded from the date of the signing of this order through and including September 22, 2005 pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), for preparation of counsel, and Local Code T4.

**IT IS SO ORDERED.**

Dated: July_15, 2005

                        /s/ David F. Levi_____
                        DAVID F. LEVI
                        Chief Judge
                        United States District Court

Stipulation and Order\Michael Carr\Cr-S-03-340