DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
CARO MARKS, Bar #159267
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL CARR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CARR<br><br>                    Petitioner,<br><br>      v.<br><br>RON KENAN, Warden,<br><br>                    Respondent,<br><br>ATTORNEY GENERAL OF THE STATE<br>OF CALIFORNIA<br>_____ | NO. CR S 03-340 DFL<br><br>**APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM**<br><br>Date:   February 23, 2006<br>Time:   1:30 p.m.<br>Judge:  David F. Levi |

     COMES NOW the defendant herein by his attorney CARO MARKS, Assistant Federal Defender, and presents and shows:  That there is now confined in Central California Women's Facility, Chowchilla, California, one Jamesie A. Ross, CDC #X-07802, in the custody of the Warden thereof; that said prisoner is a necessary, material and competent witness in the proceeding before the above-entitled court at Sacramento, California, on February 23, 2006; and that in order to secure the attendance of said prisoner, it is necessary that a Writ of Habeas Corpus ad Testificandum be issued commanding said Warden to produce said prisoner in said court, Courtroom #7, 14th

1  Floor of the Federal Courthouse, 501 "I" Street, Sacramento,
2  California on February 23, 2006 at 1:30 p.m., in order that said
3  prisoner may respond to and answer such questions as may be
4  propounded to him during the course of the evidentiary hearing in
5  said case.
6      WHEREFORE, petitioner prays for an order directing the
7  issuance of a Writ of Habeas Corpus ad Testificandum, out of and
8  under the seal of this Court, commanding said Warden, to have and
9  produce said prisoner in said United States District Court on said
10 date, then and there to respond to and answer such questions as may
11 be propounded to her during the course of the evidentiary hearing in
12 the above-entitled case; and at the termination of said proceeding
13 to return her forthwith to said above-mentioned institution.
14 Dated:   February 7, 2006

                                Respectfully submitted,

                                Daniel J. Broderick
                                Acting Federal Defender

                                /s/ Caro Marks
                                _____
                                CARO MARKS
                                Assistant Federal Defender
                                Attorney for Defendant
                                MICHAEL M. CARR

////
////
////
////
////
////
////
////

Writ Habeas Corpus Ad Testificandum\Carr\03-340

**O R D E R**

Upon reading and filing the foregoing application in that behalf,

IT IS ORDERED THAT A Writ of Habeas Corpus ad Testificandum issue as prayed for herein.

DATED: 2/7/2006

_____
DAVID F. LEVI
Chief United States District Judge