DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
CARO MARKS, Bar #159267
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL CARR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. CR S 03-340 DFL |
| | ) | |
| Plaintiff, | ) | **AMENDED** |
| | ) | **APPLICATION AND ORDER FOR WRIT** |
| v. | ) | **OF HABEAS CORPUS AD TESTIFICANDUM** |
| | ) | |
| MICHAEL CARR, | ) | |
| | ) | Date:   February 23, 2006 |
| Defendant, | ) | Time:   1:30 p.m. |
| | ) | Judge:  David F. Levi |
| _____ | ) | |

COMES NOW the defendant herein by his attorney CARO MARKS, Assistant Federal Defender, and presents and shows:  That there is now confined in Central California Women's Facility, Chowchilla, California, one Jamesie A. Ross, CDC #X-07802, in the custody of the Warden thereof; that said prisoner is a necessary, material and competent witness in the proceeding before the above-entitled court at Sacramento, California, on February 23, 2006; and that in order to secure the attendance of said prisoner, it is necessary that a Writ of Habeas Corpus ad Testificandum be issued commanding said Warden to produce said prisoner in said court, Courtroom #7, 14th Floor of the Federal Courthouse, 501 "I" Street, Sacramento,

Writ Habeas Corpus Ad Testificandum\Carr\03-340

1  California on February 23, 2006 at 1:30 p.m., in order that said

2  prisoner may respond to and answer such questions as may be

3  propounded to him during the course of the evidentiary hearing in

4  said case.

5  WHEREFORE, petitioner prays for an order directing the

6  issuance of a Writ of Habeas Corpus ad Testificandum, out of and

7  under the seal of this Court, commanding said Warden, to have and

8  produce said prisoner in said United States District Court on said

9  date, then and there to respond to and answer such questions as may

10 be propounded to her during the course of the evidentiary hearing in

11 the above-entitled case; and at the termination of said proceeding

12 to return her forthwith to said above-mentioned institution.

13 Dated:  February 7, 2006

14                              Respectfully submitted,

15                              Daniel J. Broderick
                                Acting Federal Defender
16
                                /s/ Caro Marks
17                              _____
                                CARO MARKS
18                              Assistant Federal Defender
                                Attorney for Defendant
19                              MICHAEL M. CARR

20

21 ////

22 ////

23 ////

24 ////

25 ////

26 ////

27

28

**O R D E R**

Upon reading and filing the foregoing application in that behalf,

IT IS ORDERED THAT A Writ of Habeas Corpus ad Testificandum issue as prayed for herein.

DATED: 2/10/2006

_____
DAVID F. LEVI
United States District Judge