IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-03-340 DFL |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING DEFENDANT'S MOTION TO SUPPRESS |
| MICHAEL CARR, | ) | |
| Defendant. | ) | |

    Defendant filed a motion to suppress all evidence seized during the June 12, 2003 search of 90 Bee Jay Way in Woodland, California. An evidentiary hearing was held on February 23 and 24 and March 3, 2006. Having reviewed all of the evidence, the Court finds that the search warrant affidavit submitted on June 12, 2003 did not establish probable cause so as to justify the issuance of a search warrant. Accordingly, Defendant's Motion to Suppress is hereby GRANTED.

    **IT IS SO ORDERED.**

DATED: 3/8/2006

_____
DAVID F. LEVI
United States District Judge