1 | McGREGOR W. SCOTT
United States Attorney
2 | KYMBERLY A. SMITH
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California  95814
4 | Telephone:  916-554-2771

5

6

7

8 |        IN THE UNITED STATES DISTRICT COURT FOR THE

9 |              EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,            )       CR. NO. S-03-340 DFL
                                         )
12 |           Plaintiff,                )       MOTION AND ORDER
                                         )       DISMISSING INDICTMENT
13 |      v.                             )
                                         )
14 | MICHAEL CARR,                       )
                                         )
15 |           Defendant.                )
     _____)

16

17 |      The United States of America, by and through its undersigned

18 | attorney, Kymberly A. Smith, Assistant United States Attorney of

19 | the Eastern District of California, respectfully requests the

20 | Court to dismiss, without prejudice, the above-captioned

21 | indictment on MICHAEL CARR.  This motion is made pursuant to the

22 | provisions of Rule 48(a) of the Federal Rules of Criminal

23 | Procedure.

24 | DATED: April 3, 2006                 McGREGOR W. SCOTT
                                         United States Attorney
25
                                     By: /s/ Kymberly A. Smith
26                                       KYMBERLY A. SMITH
                                         Assistant U.S. Attorney
27 | ///

28 | ///

1

1                                O R D E R

2

3        IT IS HEREBY ORDERED THAT the above-captioned Indictment

4    against MICHAEL CARR, be and the same hereby is DISMISSED without

5    prejudice.

6

7    DATED: April 6, 2006              /s/ David F. Levi
                                       DAVID F. LEVI
8                                      United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28